# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Tinder, John D. | 2. Court or Organization<br><br>Seventh Circuit Court of Appeals | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>46 East Ohio Street, Room 256<br>Indianapolis, IN 46204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 MAY 18 A 11: 55
FINANCIAL DISCLOSURE OFFICE

Tinder_John_D

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Barnes & Thornburg, Attorneys at Law (Partnership Share) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. M&I Bank(Formerly First Indiana Bank) - IRA #1 (CD) | A | Interest | J | T | | | | | |
| 2. Barnes & Thornburg Profit Sharing Plan | | None | O | T | | | | | |
| 3. -Vanguard Institutional Index Mutual Fund | | | | | Buy-Monthly | | J | | |
| 4. -Harbor Cap Apprec Mutual Fund | | | | | Buy-Monthly | | J | | |
| 5. -Fidelity Small Cap Stock Mutual Fund | | | | | Buy-Monthly | | J | | |
| 6. -William Blair Intl Gr I | | | | | Buy-Monthly | | J | | |
| 7. -Bernstein Strategic Value(P) | | | | | Buy-Monthly | | J | | |
| 8. -Templeton Inst Forgn Eq | | | | | Buy-Monthly | | J | | |
| 9. United Home Life Ins. Co. (Annuity) | A | Interest | K | T | | | | | |
| 10. A.H. Belo Common Stock | | None | J | T | | | | | |
| 11. Belo Corp Common Stock A(Spinoff A.H. Belo) (X) | A | Dividend | J | T | | | | | |
| 12. Belo Corp Common Stock B(Spinoff A.H. Belo) (X) | A | Dividend | J | T | | | | | |
| 13. Colgate Palmolive Common Stock | B | Dividend | K | T | | | | | |
| 14. Northwestern Mutual Life Ins Co (Variable Annuity) | A | Dividend | L | T | | | | | |
| 15. -Franklin Tmpltn Intl Eq Mutual Fund | | | | | | | | | |
| 16. -Balanced Mutual Fund | | | | | | | | | |
| 17. -Index 500 Stock Mutual Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Mid Cap Growth Stock Mutual Fund | | | | | | | | | |
| 19. Treasury Notes | B | Interest | K | T | | | | | |
| 20. Series EE Savings Bond Purchased 1992 | B | Interest | K | T | | | | | |
| 21. Series EE Savings Bonds Purchased 1993 | B | Interest | K | T | | | | | |
| 22. Series EE Savings Bonds Purchased 1994 | A | Interest | K | T | | | | | |
| 23. Vanguard - IRA #2 | D | Dividend | N | T | | | | | |
| 24. -Vanguard 500 Index Fund | | | | | | | | | |
| 25. -Vanguard LT Treasury Fund Admiral Shares | | | | | | | | | |
| 26. Vanguard - IRA #3 | B | Dividend | L | T | | | | | |
| 27. -Vanguard 500 Index Fund | | | | | | | | | |
| 28. -Vanguard Telecommunication Services Index Fd Admiral Shares | | | | | | | | | |
| 29. Vanguard Brokerage Account #1 | | | | | | | | | |
| 30. -Vanguard 500 Index Fund Admiral | D | Dividend | M | T | | | | | |
| 31. -Vanguard Allocation Fund | A | Dividend | J | T | | | | | |
| 32. -Vanguard Target Retirement 2015-65% | A | Dividend | J | T | | | | | |
| 33. -Vanguard Equity Income Fund | A | Dividend | J | T | | | | | |
| 34. -Vanguard European Stock Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard REIT Index Fund Adm | A | Dividend | J | T | | | | | |
| 36. -Vanguard Telecom Services Idx Adm | B | Dividend | L | T | | | | | |
| 37. -Vanguard Value Index Fund | A | Dividend | J | T | | | | | |
| 38. -Vanguard Windsor II Fund | A | Dividend | J | T | | | | | |
| 39. Vanguard Brokerage Account #2 | | | | | | | | | |
| 40. -Vanguard Health Care Fund | D | Dividend | L | T | | | | | |
| 41. -Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 42. -Vanguard Total Stock Mkt Idx | B | Dividend | L | T | | | | | |
| 43. Starbucks Corp. Common Stock | | None | J | T | | | | | |
| 44. National Bank of Indpls. Accounts | F | Interest | P1 | T | | | | | |
| 45. Prudent Bear Fund No Load | C | Dividend | K | T | | | | | |
| 46. Merrill Lynch Account #1 | | | | | | | | | |
| 47. -ML Cash Management Account | A | Interest | J | T | | | | | |
| 48. -Zionsville IN Cmnty Schs 0% Bonds | | None | L | T | | | | | |
| 49. Northwestern Mutual Whole Life Ins | C | Dividends | L | T | | | | | |
| 50. National Bank of Indianapolis - IRA (CD) | A | Interest | K | T | Buy | 4/5 | J | | |
| 51. Union Savings Bank - CD | B | Interest | M | T | Buy | 4/5 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF̶̶̶PORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544